# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00171-CR
NO. 03-12-00180-CR

**Stacey Aldridge, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NOS. D-1-DC-10-302158 & D-1-DC-11-904095
HONORABLE MICHAEL LYNCH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed motions to dismiss these appeals. The motions comply with the rules of appellate procedure. *See* Tex. R. App. P. 42.2. We grant both motions and dismiss the appeals. *See id.*

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed on Appellant's Motion

Filed: July 11, 2012

Do Not Publish